NO. 12-04-00086-CR



IN THE COURT OF APPEALS
 


TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS


JUAN GUARDADO,
§
 APPEAL FROM THE 7TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS

 

MEMORANDUM OPINION


PER CURIAM



 Appellant pleaded guilty to the offense of aggravated sexual assault, and the trial court
assessed punishment at imprisonment for thirty years. We have received the trial court's certification
showing that this is a plea-bargain case and Appellant has no right to appeal. See Tex. R. App. P.
25.2(c)(3)(B). Accordingly, the appeal is dismissed for want of jurisdiction.


Opinion delivered March 30, 2004.

Panel consisted of Worthen, C.J., Griffith, J., DeVasto, J.









(DO NOT PUBLISH)